# AApplication for Writ of Habeas Corpus Under 28 U.S.C. § 2241 By A Person In Federal Custody

Receipt Number: DET006014

| United States District Court | Eastern District of | Case: 2:09-cv-10397<br>Judge: Friedman, Bernard A<br>MJ: Majzoub, Mona K<br>Filed: 02-02-2009 At 03:44 PM<br>HABEAS GOQAJ V CAMAJ KM |
|---|---|---|
| **Name:** Burim Goqaj | **Inmate Number:** 478046 | |

**Place of Incarceration:** Calhoun County Jail, 185 East Michigan Ave, Battle Creek MI 49014

**Name of Petitioner** (include the name under which you were incarcerated):
Burim Goqaj
185 East Michigan Ave
Battle Creek MI 49014

vs.

**Name of Respondent** (authorized person having custody over you):
Joseph Camaj
333 Mt. Elliott St.
Detroit MI 48207

**The Attorney General of the State of:**

## GENERAL INFORMATION

A. If you have been convicted, answer the following
  1. Nature of offense: Retail Fraud
  2. Name and Location of Court that imposed sentence: 44th Judicial Circuit Court, 204 South Highlander Way Howell MI 48843
  3. Case/Docket Number: 04-014251-FH-L     Conviction Date: 10/16/06
  4. Length of Sentence: min 20 months  max 10 years

B. If you appealed your judgement of conviction, answer the following:
  1. Did you appeal the conviction?   ☐ Yes   ☑ No
     If "Yes", complete Section A below. If "No", proceed to item 2.
     a. Date filed: _____
     b. Name of Court: _____
     c. Grounds of Appeal: _____
     d. Result: _____     Date: _____
     e. Case Number: _____

(1)

2. If you filed a petition for certiorari in the United States Supreme Court, please complete the following regarding your direct appeal:
   a. Date filed: _____
   b. Name of Court: _____
   c. Ground(s) raised: _____
   d. Result: _____   Date: _____
   e. Case Number: _____

3. Have you challenged the sentence in any other post-conviction proceeding? ☐ YES ☐ NO
   a. Date filed: _____
   b. Name of Court: _____
   c. Ground(s) raised: _____
   d. Result: _____   Date: _____
   e. Case Number: _____

C. If you have not been convicted, or if you are challenging something other than your conviction and sentence, complete the following:

1. Briefly describe the type of decision or action which you are challenging: I appealled the decision the Judge made to deport me, on the basis of a felon.

2. Who made the decision? Elizabeth H. Hacker   Date: 05/05/08

3. Was there a hearing of any kind?   ☒ Yes   ☐ No
   First Hearing:
   Conducted by: Immigration Court   Location: 477 Michigan Ave Detroit MI 48226
   Result: It is ordered that the respondent to be removed and Deported   Date: 05/05/08

   Second Hearing:
   Conducted by: Board of Immigration Appeals   Location: P.O. Box 8530 Falls Church, VA 22041
   Result: Appeal Denied
   Date: 8/19/08

②

## Administrative Remedy Procedures

A. If your claim concerns a parole matter, complete the following:

1. Did you have an initial hearing?    ☐ YES    ☒ NO

    If you answered "YES" to the above question, please complete the following:

    a. Date of initial hearing: _____

    b. Ground(s) raised: _____
    _____
    _____

    c. Result: _____
    _____
    _____

    _____ Date: _____

2. Did you appeal the panel's decision to the Regional Commissioner?    ☐ YES    ☒ NO

    a. Date of initial hearing: _____

    b. Ground(s) raised: _____
    _____
    _____

    c. Result: _____
    _____
    _____

    _____ Date: _____

3. Did you appeal the decision of the National Appeals Board, U.S. Parole Commission? ☐ YES ☒ NO

    a. Date of initial hearing: _____

    b. Ground(s) raised: _____
    _____
    _____

    c. Result: _____
    _____
    _____

    _____ Date: _____

B.  If you claim concerns something other than parole, complete the following:

    1. Did you attempt to resolve your complaint informally: ☐ Yes ☐ No
    2. Did you file a formal complaint? ☐ Yes ☐ No
    3. Did you appeal to the Warden? ☐ Yes ☐ No
    4. Did you appeal to the Regional Director? ☐ Yes ☐ No
    5. Did you appeal to the General Counsel ☐ Yes ☐ No
    6. If you did not use the Administrative Remedy Procedure, explain why you did not do so: __

_____

_____

_____

## PREVIOUS LAWSUITS

A.  Have you filed any previous lawsuits related to your present claim? ☐ Yes ☒ No
If you answered "YES", complete the following

    1. Date filed: _____
    2. Name of Court: _____
    3. Ground(s) raised: _____

_____

    4. Result: _____  Date: _____
    5. Case Number: _____

B.  Have you appealed the results of a previous lawsuit related to your present claim? ☐ YES ☒ NO
If "YES", complete the following:

    1. Date filed: _____
    2. Name of Court: _____
    3. Ground(s) raised: _____

_____

    4. Result: _____  Date: _____
    5. Case Number: _____

## Grounds for Relief

State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. It is not necessary to cite cases or law in this petition. However, if you wish to cite cases or law, you should do so in a separate memorandum or brief. If necessary, you may attach pages stating additional grounds and facts supporting the same. All attachments must be on white, 8 ½ by 11" paper.

1. Ground one: _I'm being held unlawfully. I have been held by Immigration for almost 1 year now. The have been unsuccessful in getting travel document. So they denied_
   Supporting facts (tell your story briefly without citing cases or law): _My release on Supervision, at the same time they are releasing drug offenders. What I have been told is that 90 days after final order of removeal, that I'm supposed to be_

2. ~~Ground two~~: _released until the travel documents are retrieved._

   Supporting facts (tell your story briefly without citing cases or law): _____

3. Ground three: _____

   Supporting facts (tell your story briefly without citing cases or law): _____

4. Ground four: _____

   Supporting facts (tell your story briefly without citing cases or law): _____

## REQUEST FOR RELIEF AND CERTIFICATION

Wherefore, Petitioner prays the Court grant the Petitioner the relief to which he may be entitled to in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

_1/30/09_
Date

_[signature]_
Signature of Petitioner

*If you should experience difficulty complying with all of these instructions, please contact the Case Manager, Counselor, or the Legal Technician at the federal institution in which you are incarcerated.*

# CIVIL COVER SHEET FOR PRISONER CASES

| Case No. 09-10397 | Judge: Bernard A. Friedman | Magistrate Judge: Mona K. Majzoub |
|---|---|---|

| Name of 1st Listed Plaintiff/Petitioner:<br>BURIM GOQAJ | Name of 1st Listed Defendant/Respondent:<br>JOSEPH CAMAJ |
|---|---|
| Inmate Number: 478046 | Additional Information: |
| Plaintiff/Petitioner's Attorney and Address Information: | |
| Correctional Facility:<br><br>CALHOUN COUNTY JAIL<br>185 EAST MICHIGAN AVENUE<br>BATTLE CREEK   MI   49014 | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☒ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☐ IFP *In Forma Pauperis*
- ☒ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   - ☐ Yes      ☒ No
   - ➢ If yes, give the following information:
     - Court: _____
     - Case No: _____
     - Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   - ☐ Yes      ☒ No
   - ➢ If yes, give the following information:
     - Court: _____
     - Case No: _____
     - Judge: _____